Buffalo Foundry Company, Respondent, v. Frank Wolfe, as President of Iron Molders' Union No. 84, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John H. Faulkner, Appellant, v. Nellie M. Faulkner, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Levy Aldrich, Appellant, v. Nellie Aldrich, Respondent.— Judgment affirmed, with costs. All concurred, except Williams, J., dissenting.

Elizabeth Bird Williams and Others, Respondents, v. Albert G. Hatch, Appellant.— Judgment and order affirmed, with costs. All concurred.

W. A. Case & Son Manufacturing Company, Respondent, v. Jewett & Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Braunislaus Ptak, an Infant, etc., Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charlotte Beyer, Respondent, v. The City of North Tonawanda, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Peter Schraenkler, Respondent, v. National Car Wheel Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Robson, J., not sitting.

Elizabeth A. Leahy, Respondent, v. William R. Brace and Alice Brace, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concurred.

George L. Knight, Respondent, v. City of Buffalo, Appellant.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Appellant, v. John Ritenburg, Respondent.— Judgment and order affirmed, with costs. All concurred.

Eugene E. Bentley, Respondent, v. Horace L. Bronson and John H. Rease, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concurred, except McLennan, P. J., and Williams, J., who dissented.

In the Matter of the Application of Buffalo, Lockport and Rochester Railway Company, etc.— Motion denied, with ten dollars costs.

The People of the State of New York, Respondent, v. William Huson, Appellant.— Motion for reargument denied.